UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-23231-CIV-LENARD/GOODMAN**

**JORGE ALBERTO HERNANDEZ MORAGA** and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

**EL CASTILLO DE LAS FRUTAS II, CORP., and RICARDO LARGO PEREZ**,

    Defendants.
_____/

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

1. Motions concerning Discovery — Yes _____ No _____
2. Motions for Costs — Yes _____ No _____
3. Motions for Attorney's Fees — Yes _____ No _____
4. Motions for Sanctions or Contempt — Yes _____ No _____
5. Motions to Dismiss or for Judgment on the Pleadings — Yes _____ No _____
6. Motions to Certify or Decertify Class — Yes _____ No _____
7. Motions for Preliminary Injunction — Yes _____ No _____
8. Motions for Summary Judgment — Yes _____ No _____
9. Motions to Remand (in removal cases) — Yes _____ No _____
10. All other Pre-Trial Motions — Yes _____ No _____
11. Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine — Yes _____ No _____

_____  
(Date)

_____  
Signature of _____  
Counsel for _____

_____  
(Date)

_____  
Signature of_____  
Counsel for _____

Case No. 15-23231-CIV-LENARD/GOODMAN