UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23231

JORGE ALBERTO HERNANDEZ )
MORAGA and all others similarly situated )
under 29 U.S.C. 216(b), )
)
       Plaintiff, )
vs. )
)
EL CASTILLO DE LAS FRUTAS II, CORP, )
RICARDO LARGO PEREZ, )
)
       Defendants. )
_____ )

## STATEMENT OF CLAIM

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Statement of Claim, and states as follows:

1. On September 1st, 2015, this Court Ordered that Plaintiff's prepare their Statement of Claim which articulates the damages claimed in this action [DE 5], and so Plaintiff responds:

1. Overtime Claim

    (a) Period 1: March 6, 2013 – December 31, 2014

        i. Number of Weeks: 95

        ii. Amount Paid Per Hour: $ 9.52

        iii. Halftime Rate: $ 4.76

        iv. Hours Per Week: 44

        v. 95 weeks x $ 4.76 halftime rate x 44 hrs/w= $19,896.80   x 2 Liquidated Damages = $ 39,793.60.

(b) Period 2: January 1, 2015 – July 15, 2015

    i. Number of Weeks: 27

    ii. Amount Paid Per Hour: $ 9.52

    iii. Halftime Rate: $ 4.76

    iv. Hours Per Week Over 40: 30

    v. 27 weeks x $ 4.76 halftime rate x 30 hrs/w = $3,855.6 x2 Liquidated Damages = $7,711.20.

(c) Period 3: July 16, 2015 – August 26, 2015

    i. Number of Weeks: 6

    ii. Amount Paid Per Hour: $ 9.52

    iii. Halftime Rate: $ 4.76

    iv. Hours Per Week Over 40: 11

    v. 6 weeks x $ 4.76 halftime rate x 11 hrs/w = $314.16 x 2 Liquidated Damages = $628.32

(d) Total: Halftime Overtime Claim Total of $48,133.12, Attorneys Fees, and Costs

Respectfully Submitted,

J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015 I filed the above via this Court's ECF system.

Respectfully Submitted,

J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061


Karen A. Brimmer Florida Bar No. 236470 Hinshaw & Culbertson LLP 2525 Ponce de Leon Blvd., 4th Floor Coral Gables, FL 33134 Telephone: 305-358-7747 Facsimile: 305-577-1063